# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**INSTANTER ORDER**

December 1, 2023

Before
MICHAEL B. BRENNAN, *Circuit Judge*

Nos. 23-2828 and 23-2831

UNITED STATES OF AMERICA,
    *Plaintiff - Appellee*,

v.

DAZMINE M. ERVING,
    *Defendant - Appellant*.

Appeals from the United
States District Court for
the Central District of Illinois.

No. 1:22-cr-10033-JES-JEH-1
No. 1:20-cr-10012-JES-JEH-1

James E. Shadid,
*Judge.*

Upon consideration of the **UNOPPOSED MOTION OF AMERICAN CIVIL LIBERTIES UNION, ACLU OF ILLINOIS, NATIONAL ASSOCIATION OF CRIMINAL DEFENSE LAWYERS, AND ILLINOIS ASSOCIATION OF CRIMINAL DEFENSE LAWYERS FOR LEAVE TO FILE A BRIEF AS AMICI CURIAE IN SUPPORT OF DEFENDANT-APPELLANT DAZMINE ERVING AND REVERSAL OF THE DISTRICT COURT'S ORDER**, filed on November 30, 2023, by counsel for the amicus curiae parties,

**IT IS ORDERED** that the motion for leave to appear as amicus curiae is **GRANTED**. The clerk of this court shall file **INSTANTER** the amicus curiae brief tendered as part of the motion.

form name: **c7_InstanterOrderFiled**     (form ID: **123**)